UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**TONY DEMARCO JOHNS**                    **CIVIL ACTION NO. 22-245-P**

**VERSUS**                                **JUDGE EDWARDS**

**JOHN BEL EDWARDS, ET AL.**              **MAGISTRATE JUDGE HORNSBY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against John Bel Edwards and the State of Louisiana be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding the return of his firearm and for expungement of all criminal charges be **DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED** that Plaintiff's civil rights claims seeking monetary, injunctive, and declaratory relief for his allegedly unconstitutional conviction be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met. **IT IS FURTHER ORDERED** that the remainder of Plaintiff's civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Alexandria, Louisiana, on this the 3rd day of March, 2025.

_____
    **JERRY EDWARDS, JR.**
    **UNITED STATES DISTRICT JUDGE**